

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/18/2017 02:00 PM

COURTROOM   6A, 6th Floor

## HONORABLE KAREN JENNEMANN

CASE NUMBER:                                          FILING DATE:

**6:15-bk-07275-KSJ**          **Chapter 11**              **08/08/2016**

**ADVERSARY:   6:16-ap-00078-KSJ**          **Pltf Atty:** Michael A Nardella

                                                                     **Dft Atty:** Justin M. Luna

**DEBTOR:**                Progressive Plumbing, Inc.

**HEARING:**

Progressive Plumbing, Inc. v. Kast Construction III, LLC et al

PROGRESSIVE PLUMBING -V- KAST CONSTRUCTION
Continued Pretrial Conference
Pltf Atty: Michael Nardella
Def Atty: Justin Luna
Note: Con't from 4/18/17; 5/16/17
CONSOLIDATED WITH MOTION FOR CONTEMPT IN MAIN CASE
Parties were to draft a case management order
Parties directed to mediation on or before 4/14/17
Answer (Doc #6)

**APPEARANCES:**:
Michael Nardella: Pltf Atty
Bart Houston: kast Atty

**RULING:**
Continued Pretrial Conference -    Continued to 2/13/17 at 2:00pm (AOCNFNG).

Proposed Case Management is granted: Order by Nardella.

(Pro byLL)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.